for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ROSE DUBNOW, an Infant, etc., and MORRIS DUBNOW, Respondents, v. NORMAN S. GOLDBERGER, Doing Business, etc., Appellant, Impleaded with Another.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

RAISLER HEATING COMPANY, Respondent, v. ELDORADO TOWERS CORPORATION and Others, Defendants, Impleaded with CHARLES GOODMAN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

INTERWOVEN STOCKING COMPANY, Respondent, v. SAUL DANIELS and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

LILLIE WESSNER, Appellant, v. THE CITY OF NEW YORK, Respondent, and GEORGE H. FLINN CORPORATION, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin and Sherman, JJ.

JULIAN ROBERTS, INC., Respondent, v. THE CONNECTICUT FIRE INSURANCE COMPANY OF HARTFORD, STATE OF CONNECTICUT, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MOLLIE SCHEINER, Respondent, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

DAVID H. ZELL and DAVID H. ZELL, INC., Appellants, v. BENJAMIN B. DEITEL and Others, Respondents, Impleaded with Others.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

SAILING W. BARUCH and Another, Respondents, v. EMMA HEYMAN, Also Known as EMMA TYROLER, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

SAILING W. BARUCH and Another, Respondents, v. SIDNEY HEYMAN and EMMA HEYMAN, Also Known as EMMA TYROLER, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

LESLIE E. KEIFFER, Appellant, v. NINA GREGORY PROCTOR, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

VISIONOLA MANUFACTURING CORPORATION, Respondent, v. FERDINAND VON MADALER and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.